AO 241 (Rev. 09/17)

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF**
**HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court | District: Massachusetts | |
|---|---|---|
| Name (under which you were convicted):<br><br>Edwin Alemany | | Docket or Case No.: |
| Place of Confinement :<br>Old Colony Correctional Center, 1 Admin Rd, Bridgewater, MA 02324 | Prisoner No.:<br><br>W106258 | |
| Petitioner (include the name under which you were convicted)<br><br>       Edwin Alemany | v. | Respondent (authorized person having custody of petitioner)<br><br>    Stephen Kennedy, Superintendent |
| The Attorney General of the State of: Massachusetts | | |

**PETITION**

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:

    Suffolk Superior Court, Boston, MA

    (b) Criminal docket or case number (if you know): 1384CR11163

2.  (a) Date of the judgment of conviction (if you know): 06/08/2015

    (b) Date of sentencing: 06/09/2015

3.  Length of sentence: Life sentence.

4.  In this case, were you convicted on more than one count or of more than one crime?  ☐ Yes   ☑ No

5.  Identify all crimes of which you were convicted and sentenced in this case:

    First degree murder

    Armed robbery; Armed robbery while masked; Armed assault with intent to rob; Robbery

    Aggravated assault and battery by means of a dangerous weapon; Assault and battery

    Attempted murder; Armed assault with intent to murder;

    Kidnapping; carjacking;

    Intimidation to steal from a depository; burning of personalty.

6.  (a) What was your plea? (Check one)

    ☑ (1)   Not guilty          ☐ (3)   Nolo contendere (no contest)

    ☐ (2)   Guilty              ☐ (4)   Insanity plea

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

☑ Jury   ☐ Judge only

7.  Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes   ☑ No

8.  Did you appeal from the judgment of conviction?

☑ Yes   ☐ No

9.  If you did appeal, answer the following:

(a) Name of court:   Supreme Judicial Court

(b) Docket or case number (if you know):   SJC-12180

(c) Result:   Judgments affirmed

(d) Date of result (if you know):   10/04/2021

(e) Citation to the case (if you know):   Commonwealth v. Alemany, 488 Mass. 499 (2021)

(f) Grounds raised:   1) Erroneous administration of jury instruction on criminal responsibility;

2) improper closing argument misstating the evidence; 3) improper denial of request for hearing and

motion for a new trial based on ineffective assistance of counsel, and 4) challenge to weight of evidence

and justice of conviction pursuant to G.L. c. 278, s. 33E.

_____

_____

_____

(g) Did you seek further review by a higher state court?   ☐ Yes   ☑ No

If yes, answer the following:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Result: _____

_____

AO 241 (Rev. 09/17)

(4) Date of result (if you know): _____

(5) Citation to the case (if you know): _____

(6) Grounds raised: _____

_____

_____

_____

(h) Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☑ No

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10.    Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions

concerning this judgment of conviction in any state court?        ☐ Yes   ☑ No

11.    If your answer to Question 10 was "Yes," give the following information:

(a)    (1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☐ No

(7) Result: _____

AO 241 (Rev. 09/17)

(8) Date of result (if you know): _____

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

❏ Yes    ❏ No

(7) Result: _____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

❏ Yes    ❏ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:    ☑ Yes    ❏ No

(2) Second petition:    ❏ Yes    ❏ No

(3) Third petition:    ❏ Yes    ❏ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

_____

12.     For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts supporting each ground.  Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court.  Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:**   Conviction violated petitioner's Sixth Amendment rights where trial court denied request for hearing and petitioner's motion for a new trial based on ineffective assistance of counsel.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Where the petitioner repeatedly informed his attorneys that he did not want them to pursue a criminal responsibility defense and thereby acknowledge his guilt, their failure to follow his wishes violated his Sixth Amendment rights. In pursuing a defense of lack of criminal responsibility, the petitioner's attorneys violated his right to choose whether to admit guilt for the charged offenses. Where his motion and supporting materials established constitutional error, the motion judge, who did not preside over the petitioner's trial, erred in denying his motion without an evidentiary hearing to determine the credibility of his assertions and the witnesses.

(b) If you did not exhaust your state remedies on Ground One, explain why: _____

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?      ☑ Yes      ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes      ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:      Motion for a new trial.

Name and location of the court where the motion or petition was filed:      Suffolk Superior Court, Boston, MA

_____

Docket or case number (if you know):      1384CR11163

Date of the court's decision:      03/08/2019

Result (attach a copy of the court's opinion or order, if available):      Motion denied without a hearing.

_____

(3) Did you receive a hearing on your motion or petition?      ☐ Yes      ☑ No

(4) Did you appeal from the denial of your motion or petition?      ☑ Yes      ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?      ☑ Yes      ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:      Supreme Judicial Court

_____

Docket or case number (if you know):      SJC-12180

Date of the court's decision:      10/04/2021

Result (attach a copy of the court's opinion or order, if available):      Judgments affirmed.

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground One: _____

_____

_____

**GROUND TWO:**      Petitioner's due process rights were violated when the prosecutor made factual

misstatements during its opening statement and summation.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

In its opening statement and summation, the Commonwealth misstated the evidence, argued inferences not

based in the record, suggested knowledge of facts not in evidence, and appealed to the jury's emotions of fear

and anger toward the petitioner, in violation of the petitioner's due process rights. The several improper

comments went to the heart of the matter for the jury's consideration.

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

_____

_____

(c)     **Direct Appeal of Ground Two:**

       (1) If you appealed from the judgment of conviction, did you raise this issue?    ☑ Yes     ☐   No

       (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

       _____

(d)     **Post-Conviction Proceedings:**

       (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

       ☐   Yes    ☑   No

       (2) If your answer to Question (d)(1) is "Yes," state:

       Type of motion or petition: _____

       Name and location of the court where the motion or petition was filed: _____

       _____

       Docket or case number (if you know): _____

AO 241 (Rev. 09/17)

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?    ❒ Yes    ❒ No

(4) Did you appeal from the denial of your motion or petition?    ❒ Yes    ❒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ❒ Yes  ❒ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e)    **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Two : _____

_____

_____

_____

**GROUND THREE:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

_____

_____

(c)  **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ❑   Yes     ❑   No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d)  **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❑   Yes     ❑   No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?     ❑   Yes     ❑   No

(4) Did you appeal from the denial of your motion or petition?     ❑   Yes     ❑   No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?     ❑   Yes     ❑   No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Three: _____

_____

_____

**GROUND FOUR:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

_____

(c)   **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?        ❐   Yes        ❐   No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d)   **Post-Conviction Proceedings**:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

❐   Yes        ❐   No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition? ❏ Yes ❏ No

(4) Did you appeal from the denial of your motion or petition? ❏ Yes ❏ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ❏ Yes ❏ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Four:

AO 241 (Rev. 09/17)

13.     Please answer these additional questions about the petition you are filing:

    (a)     Have all grounds for relief that you have raised in this petition been presented to the highest state court

        having jurisdiction?     ☑ Yes      ☐   No

        If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

        presenting them: _____

        _____

        _____

        _____

    (b)     Is there any ground in this petition that has not been presented in some state or federal court?  If so, which

        ground or grounds have not been presented, and state your reasons for not presenting them:

        No._____

        _____

        _____

14.     Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

    that you challenge in this petition?        ☐   Yes      ☑ No

    If "Yes," state the name and  location of the court, the docket or case number, the type of proceeding, the issues

    raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy

    of any court opinion or order, if available._____

_____

_____

_____

_____

_____

15.     Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

    the judgment you are challenging?        ☐   Yes      ☑ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues

    raised._____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

16.     Give the name and address, if you know, of each attorney who represented you in the following stages of the

judgment you are challenging:

(a) At preliminary hearing:   Jeffrey Denner, 4 Longfellow Pl, Boston, MA 02114; Michelle Hubbard,

132 Boylston St FL 5, Boston, MA 02116

(b) At arraignment and plea:   Jeffrey Denner, 4 Longfellow Pl, Boston, MA 02114; Michelle Hubbard,

132 Boylston St FL 5, Boston, MA 02116

(c) At trial:   Jeffrey Denner, 4 Longfellow Pl, Boston, MA 02114; Michelle Hubbard,

132 Boylston St FL 5, Boston, MA 02116

(d) At sentencing:   Jeffrey Denner, 4 Longfellow Pl, Boston, MA 02114; Michelle Hubbard,

132 Boylston St FL 5, Boston, MA 02116

(e) On appeal:   Andrew S. Crouch, 22 Putnam Avenue, Cambridge, MA 02139

(f) In any post-conviction proceeding:   Andrew S. Crouch, 22 Putnam Avenue, Cambridge, MA 02139

(g) On appeal from any ruling against you in a post-conviction proceeding:

Andrew S. Crouch, 22 Putnam Avenue, Cambridge, MA 02139

17.     Do you have any future sentence to serve after you complete the sentence for the judgment that you are

challenging?          ☐   Yes        ☑   No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the

future?                ☐   Yes        ☐   No

18.     TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain

why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

The petition is timely.

AO 241 (Rev. 09/17)

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1)     A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

   (A)     the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

   (B)     the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

   (C)     the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

   (D)     the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:   Discharge him from the custody of the respondent

immediately, vacate the judgment of conviction, and order that all counts of the indictment be dismissed.

or any other *relief to which* petitioner may be entitled.

/s/ Andrew S. Crouch
_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _6/6/22_ (month, date, year).

Executed (signed) on _6/3/22_ (date).

Edwin J. Alemany
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.