UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EDWIN ALEMANY,<br>      Petitioner,<br><br>v.<br><br>STEPHEN KENNEDY,<br>      Respondent. | Civil Action No.<br>22-11678-IT |

### ORDER

**TALWANI, D.J.**

On October 3, 2022, Petitioner Edwin Alemany, through counsel,[1] filed a Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody [Doc. No. 1] challenging his 2015 convictions in Suffolk Superior Court for first degree murder, armed robbery, armed robbery while masked, armed assault with intent to rob, robbery, aggravated assault and battery by means of a dangerous weapon, assault and battery, attempted murder, armed assault with intent to murder, kidnapping, carjacking, intimidation to steal from a depository and burning of personal property. With the petition, Alemany filed an Application to Proceed in District Court without Prepaying Fees or Costs [Doc. No. 2] and a Motion for Appointment of Counsel [Doc. No. 3].

Under the Criminal Justice Act, ("CJA") 18 U.S.C. § 3006A, the court may appoint counsel for a financially eligible habeas petitioner if "the interests of justice so require," 18 U.S.C. § 3006A(a)(2). In determining whether the interests of justice require the appointment of

---

[1] Attorney Andrew S. Crouch, appointed by the Committee for Public Counsel Services ("CPCS"), represented Alemany in his state court appeals.

counsel, the court must examine the totality of the circumstances, focusing on whether the petitioner has presented a colorable claim, the complexity of the legal issues, the intricacy of any factual issues, and the petitioner's ability to represent himself. See United States v. Guadalupe-Quinones, 65 Fed Appx 329, 333 (1st Cir. 2003).

Here, the court finds that the interests of justice require the appointment of CJA counsel. The court will appoint Attorney Andrew S. Crouch, a non-CJA attorney because his particular knowledge of the issues in this case warrants his appointment. Having reviewed the Application to Proceed in District Court without Prepaying Fees or Costs and accompanying prison account statement, the court finds that Alemany is financially eligible for waiver of the filing fee and appointment of CJA counsel.

Based upon the foregoing, it is it is hereby ORDERED that

1. The Application to Proceed in District Court without Prepaying Fees or Costs [Doc. No. 2] is granted.

2. The Motion for Appointment of Counsel [Doc. No. 3] is granted. The Clerk shall arrange for the CJA appointment of Attorney Andrew S. Crouch.

3. The Clerk shall serve a copy of the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody [Doc. No. 1] on the Respondent AND the Attorney General for the Commonwealth of Massachusetts, Attention: Chief of the Appellate Division, Office of the Attorney General, One Ashburton Place, 18th Floor, Boston, MA 02108-1598.

4. Respondent shall, within 21 days of this Order file an answer (or other responsive pleading) to the Petition. The answer (or other responsive pleading) must include a statement

notifying this court of the existence of any victim or victims as defined by 18 U.S.C. § 3771.

**So ordered.**

/s/ Indira Talwani
United States District Judge

Dated: October 24, 2022