UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| EDWIN ALEMANY | ) |
| Petitioner, | ) |
|  | ) C.A. No. 1: 22-cv-11678-IT |
| v. | ) |
| STEPHEN KENNEDY, Superintendent Old Colony Correctional Center, | ) |
| Respondent. | ) |

**RESPONDENT'S STATEMENT REGRADING EXISTENCE OF VICTIMS**

The respondent, Stephen Kennedy, hereby states that the offenses of which the petitioner, Edwin Alemany, was convicted and upon which his petition for a writ of habeas corpus is based did have victims, as that term is defined by 18 U.S.C. § 3771.

Respondent,

STEPHEN KENNEDY,

By his Attorney,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

/s/ Jesse M. Boodoo
Jesse M. Boodoo, BBO# 678471
Assistant Attorney General
Government Bureau/Trial Division
One Ashburton Place, Room 1813
Boston, MA  02108
(617) 727-2200, Ext. 2592
Jesse.Boodoo@mass.gov

Date:   February 3, 2023

**CERTIFICATE OF SERVICE**

I, Jesse M. Boodoo, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 3, 2023.

/s/ Jesse M. Boodoo
Jesse M. Boodoo