# United States Court of Appeals
## For the First Circuit

No. 24-1254

EDWIN ALEMANY,

Petitioner - Appellant,

v.

STEPHEN KENNEDY,

Respondent - Appellee.

**JUDGMENT**

Entered: April 23, 2024
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(2).

Mandate to issue forthwith.

By the Court:

Maria R. Hamilton, Clerk

cc:
Andrew Scott Crouch
Edwin Alemany
Nicole M. Nixon