# United States Court of Appeals
## For the First Circuit

No. 24-1227

EDWIN ALEMANY,

Petitioner - Appellant,

v.

STEPHEN KENNEDY,

Respondent - Appellee.

**MANDATE**

Entered: December 29, 2025

In accordance with the judgment of December 3, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Edwin Alemany
Andrew Scott Crouch
Nicole M. Nixon